Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000030
25-JUN-2026
09:06 AM
Dkt. 16 ODSD

NO. CAAP-26-0000030

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

D.R., Petitioner-Appellee,
v.
A.R., Respondent-Appellant.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3FDA-23-000072)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before March 27, 2026, and April 27, 2026, respectively;

(2) Self-represented Respondent-Appellant A.R. failed to file either document or request an extension of time;

(3) On May 4, 2026, the appellate clerk entered a default notice informing A.R. that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on May 14, 2026, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure (**HRAP**)

Rules 12.1(e) and 30, and A.R. could request relief from default by motion; and

(4) A.R. has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 25, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge